

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
csipio@karpf-law.com

April 10, 2024

**VIA ECF ONLY**

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

      **RE:**    **Morgan v. Allison Crane & Rigging LLC**
                **No. 23-1747**
                *Response to Court's Order of April 3, 2024*

Dear Clerk of Court:

      I am counsel for the Appellant in the above-referenced matter. Pursuant to the Court's Letter Order of April 3, 2024 (Document 53), I write to advise that the parties are interested in mediation and have been in touch with Joseph Torregrossa.

                                        Respectfully submitted,

                                        KARPF, KARPF & CERUTTI P.C.

                                             /s/ W. Charles Sipio
                                                W. Charles Sipio

WCS/

cc:    All Counsel of Record via ECF Only